UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:
NORMA I. CINTRON-BELTRAN
Debtor(s)

CASE NO: 09-01848 GAC
CHAPTER 13

**NOTICE OF SUBMITTING AMENDED PLAN DATED MAY 20, 2009**

TO THE HONORABLE COURT:

COME(S) NOW, debtor(s) through the undersigned attorney and respectfully state(s), allege(s) and pray(s) as follows:

1. That debtor(s) is submitting an amended plan dated May 20, 2009 with this Notice. On April23, 2009 341 meeting of creditors took place. In the meeting, trustee indicate feasibility §1325 (a)(6). The plan is insufficient. For this reason, debtor proposes the following plan payment:

    a. $450.00 during the first 1 month of the plan (from April 2009);
    b. $390.00 during the six 6 months of the plan(from May 2009 to October 2009);
    c. $520.00 for the next 53 months of plan (from November 2009 to March 2014) In order to provide plan increment ($130.00).
    d. The total proposed plan base is $30,350.

2. Dates for meeting of creditors, for filing claims and for hearing of confirmation are to be notified or have been by the Trustee of this case.

30 DAYS NOTICE

Parties in interest are notified they have thirty (30) days to reject this proposed plan dated May 20, 2009 and request a hearing. Absent a good cause, untimely rejections shall be denied.

WE HEREBY CERTIFY, that on this same date and by regular U.S. Mail, copy of this motion has been sent to Jose R. Carrion-Morales, Esq., Chapter 13 Trustee, P.O. Box 9023884, Old San Juan Station, San Juan, PR 00902-3884 and to all interested parties mentioned in attached master address list.

Respectfully Submitted

In San Juan, Puerto Rico, this May 20, 2009

*HATILLO LAW OFFICE, PSC*
Attorney for Petitioner(s)
PO Box 678
Hatillo, PR 00659
Tel & Fax: (787)262-4848
bayamonlawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez,
USDC PR 221011

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                           Case No. _____

**CINTRON BELTRAN, NORMA I**                 Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____ ☑ AMENDED PLAN DATED: **5/20/2009**
☐ PRE ☑ POST-CONFIRMATION                  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| $ | **450.00** | x | **1** | = $ | **450.00** |
| $ | **390.00** | x | **6** | = $ | **2,340.00** |
| $ | **520.00** | x | **53** | = $ | **27,560.00** |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

                TOTAL: $ **30,350.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

      PROPOSED BASE: $ **30,350.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,600.00**

Signed: **/s/ NORMA I CINTRON BELTRAN**
        Debtor

_____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR \_\_\_\_ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RELIABLE FINANCIA** Cr. _____ Cr. _____
# **CLAIM 6-1** # _____ # _____
$ **17,046.00** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to: _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
                 ☑ Paid 100% / ☐ Other: _____
Cr. **COOPACA** Cr. _____ Cr. _____
# **66128** # _____ # _____
$ **6,240.46** $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Hatillo Law Office** _____ Phone: **(787) 262-4848**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** CINTRON BELTRAN, NORMA I _____  Case No. _____

Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 2**

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Rejected:** | **EUROLEASE** | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** CINTRON BELTRAN, NORMA I _____  Case No. _____

Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

**1) TRUSTEES WILL PAY ATTORNEYS FEES BEFORE ANY SECURED CLAIM AND AFTER ADEQUATE PROTECTION PAYMENTS OF $125.00 PER MONTH TO CREDITOR RELIABLE FINANCIAL UNTIL PLAN CONFIRMATION. DEBTOR WILL PROVIDED.**

**2) DEBTOR PUERSUANT 11 USC SECTIONS 365, 1322 (b) (7) AND FBR 6006 GIVES NOTICE THAT SHE REJECTS AUTOMOBILE LEASE AGREEMENT WITH CREDITOR EOROLEASE ACCOUNT NUMBER 5593100527.**

**3) DEBTOR SURRENDER ANY INTEREST IN FAVOR OF COOPACA AND AEELA (SAVINGS, SHARES, DIVIDENDS AND DEPOSITS).**

**4) DEBTOR WILL INSURE RELIABLE FINANCIAL AFTER MATURITY DATE THROUGH TRIPLE S INSURANCE IN THE AMOUNT OF $270.00 ESTABLISH IN THE PREMIUM CALCULATION CERTIFICATE. MATURITY DATE: SEP 22, 2012.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only